■ In the Matter of the Estate of LE ROY GREENE, Deceased. SANDRA DE SILVA et al., Appellants; ROSA GREENE et al., Respondents.—In a probate proceeding, the appeal is from a decree of the Surrogate's Court, Kings County, dated October 1, 1979, which, after a nonjury trial, *inter alia,* directed that the instrument in question be admitted to probate. Decree affirmed, without costs or disbursements. The court's finding that the propounded instrument is genuine is supported by the weight of the credible evidence and should not be disturbed. Titone, J. P., Mangano, Martuscello and Weinstein, JJ., concur.